IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LUKE KELLER,
No. 08961-029

        Petitioner,

vs.                                             Case No. 14-cv-00680-DRH

JAMES N. CROSS,

        Respondent.

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

    Petitioner Luke Keller is currently incarcerated at the Federal Correctional Institution in Greenville, Illinois. He is serving a 247-month sentence for a drug offense. Keller has filed a petition pursuant to 28 U.S.C. § 2241 seeking restoration of 14 days of good conduct time that he lost in 2012 after a disciplinary conviction for fighting (*see* Doc. 1, pp. 20-21). Keller principally argues that he was denied due process at this disciplinary hearing, in violation of the Fourteenth Amendment.

    Upon preliminary consideration the petition was dismissed with prejudice and judgment was entered accordingly (Docs. 4. 5). On appeal, the Court of Appeals for the Seventh Circuit affirmed the dismissal of all civil rights claims and several aspects of Keller's due process arguments relative to the loss of good time credits, but reversed and remanded this case for further proceedings

regarding whether the withholding of potentially exculpatory photos violated Keller's right to due process  (*see* Doc. 20-1).

**IT IS THEREFORE ORDERED** that the Court's July 14, 2014, order dismissing the petition with prejudice (Doc. 4) is **VACATED IN PART**, consistent with the decision of the Court of Appeals (Doc. 20-1), and the judgment (Doc. 5) is **VACATED** in its entirety.

**IT IS FURTHER ORDERED** that Respondent **JAMES N. CROSS** shall answer the petition or otherwise plead within thirty days of the date this order is entered.  This preliminary order to respond does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness it may wish to present.  Service upon the Illinois Attorney General, Criminal Appeals Bureau,100 West Randolph, 12th Floor, Chicago, Illinois 60601 shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to **United States Magistrate Judge Clifford J. Proud** for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven days after a transfer or other change in address occurs.

**IT IS SO ORDERED.**

**Signed this 6th day of May, 2015.**

Digitally signed by
David R. Herndon
Date: 2015.05.06
14:10:37 -05'00'

**District Judge**
**United States District Court**